# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
May 17, 2023
Nathan Ochsner, Clerk of Court

No. 23-20205

---

Jason R. Bailey, MD, P.A.; Lone Star Surgical Partners, P.A.,

*Plaintiffs—Appellees/Cross-Appellants,*

*versus*

Blue Cross & Blue Shield of Texas, Incorporated; Enterprise Products Partners, L.P., *also known as* Enterprise Products Operating, L.L.C.; TechnipFMC USA, Incorporated, *formerly known as* FMC Technologies, Incorporated; H-E-B, L.P.; McCurdy Services, Incorporated; National Oilwell Varco, L.P.; Redstone Group, Limited; Tideland Signal Corporation, *also known as* Xylem, Incorporated,

*Defendants—Appellants-Cross-Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-917

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 17, 2023, pursuant to the stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ___*Rebecca L. Leto*___
REBECCA L. LETO, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 17, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20205    Bailey v. Blue Cross
                          USDC No. 4:21-CV-917

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Leto, Deputy Clerk
                          504-310-7703

cc:   Mr. Martin J. Bishop
       Mr. Robert J. Carty Jr.
       Mr. David M. Estes
       Mr. Sean A. Roberts
       Mr. Scott Tyler Williams